# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Enrique Roberto Villarreal a/k/a
Henry Villarreal a/k/a Henry
Robert Villarreal,

Vs. No. 11-12-00364-CR

The State of Texas,

* From the 350th District
   Court of Taylor County,
   Trial Court No. 8858-D.

* May 16, 2013

* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   McCall, J., and Willson, J.)

This court has considered Appellant's motion to withdraw his notice of appeal and dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.